**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02535-LTB-BNB

EDWARD SHEPANIK,

       Plaintiff,

v.

WORLD SAVINGS BANK,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 6 - filed March 23, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                     BY THE COURT:

                       s/Lewis T. Babcock
                     Lewis T. Babcock, Chief Judge

DATED:   March 24, 2006